UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

MILTON HUBERT RINEHART                                              PETITIONER

V.                                              CIVIL ACTION NO.1:07CV87-GHD-JAD

LAWRENCE KELLY                                                     RESPONDENTS

**FINAL JUDGMENT**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 17, 2007, was on that date duly served by first class mail upon the petitioner, and the attorneys of record for the respondents; that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated August 17, 2007, be, and it is hereby, approved and adopted as the opinion of the Court; and

2. That Respondent's Motion to Dismiss is granted and Petitioner's Petition for Writ of Habeas Corpus is denied; and this case is dismissed with prejudice.

THIS, the 3rd day of Oct., 2007.

_____
SENIOR JUDGE